```
J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

559.233.3333

Attorney for Defendant
PETER HALAMANDARIS
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>PETER HALAMANDARIS,<br><br>　　Defendant.<br>_____ | Case No. 08 CR 201 OWW<br><br>**STIPULATION TO AMEND RELEASE CONDITIONS & ORDER**<br><br>[18 U.S.C. §§ 3142(c)(2) & (3)] |

**STIPULATION**

Because it is impossible for Defendant to post a $100,000.00 cash pre-trial release bond as ordered by this Court on July 2, 2008, which has resulted in Defendant's pre-trial detention, but he can post instead the full $100,000.00 equity in the property located at 3228 N. E. Street, Stockton, CA 95205, it is stipulated and agreed between the parties that Defendant may substitute and post said real property equity in place and instead of a $100,000.00 cash bond. (Note: Pre Trial has verified the willingness of Joel Sanchez to post the $100,000.00 equity in his property located on 3228 N. "E" Street, Stockton, CA 95205.)

I hereby agree to the above stipulation.

Dated: July 28, 2008

                              S/J.M. Irigoyen
                       _____
                       by: J.M. Irigoyen
                       Attorney for Defendant

I hereby consent to the above stipulation.

DATED: July 28, 2008

                              S/Kimberly Sanchez
                       _____
                       by: Kimberly Sanchez
                       Assistant U.S. Attorney

## ORDER ADOPTING STIPULATION

IT IS ORDERED that Defendant may substitute and post the entire $100,000 real property equity from 3228 N. E. Street, Stockton, CA 95205 in place and instead of a $100,000.00 cash bond.

DATED: July 30, 2008

                              /s/ OLIVER W. WANGER
                              United States District Judge