```
1   J.M. IRIGOYEN #177626
    Attorney at Law
2   J.M. IRIGOYEN LAW CORPORATION
    2131 Amador
3   Fresno, CA 93721

4   559.233.3333

5   Attorney for Defendant
    PETER HALAMANDARIS
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>     Plaintiff,                    )<br>                                    )<br>     vs.                            )<br>                                    )<br> PETER HALAMANDARIS,                )<br>                                    )<br>     Defendant.                     )<br> _____) | Case No: 08 cr 201 OWW<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

It is stipulated and agreed between the parties that the MOTION HEARING in the above matter currently set for September 29, 2008, be continued to October 20, 2008 at 1:30 p.m.

I hereby agree to the above stipulation.

Dated: September 25, 2008

                                             s/J.M. Irigoyen

                                       _____
                                         by:J.M. Irigoyen
                                         Attorney for Defendant

I hereby consent to the above stipulation.

DATED: September 25, 2008

                                         s/Kimberly Sanchez

                                         _____
                                         by: Kimberly Sanchez
                                         Assistant U.S. Attorney

<u>ORDER CONTINUING HEARING DATE</u>

IT IS SO ORDERED.

**Dated:   September 26, 2008**               **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE