LAWRENCE G. BROWN
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:08-cr-201 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR CONTINUANCE |
| v. | ) | |
| | ) | |
| PETER HALAMANDARIS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED by and between Lawrence G. Brown,

Acting United States Attorney and Kimberly A. Sanchez, Assistant

U.S. Attorney and J.M. Irigoyen, attorney for the defendant, that

the evidentiary hearing on defendant's pre-trial release

violation currently set for June 26, 2009 at 1:30 p.m. to be

continued to July 1, 2009 at 1:30  p.m.

//

//

//

//

//

Dated: June 26, 2009                Respectfully submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

                            By    /s/ Kimberly A. Sanchez
                                    KIMBERLY A. SANCHEZ
                                    Assistant U.S. Attorney

Dated: June 26, 2009                /s/ J.M. Irigoyen
                                    J.M. IRIGOYEN
                                    Attorney for Peter Halamandaris

        **IT IS SO ORDERED.**

Dated:   June 26, 2009                /s/ Gary S. Austin
                                    THE HONORABLE GARY S. AUSTIN