```
J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333
```

FILED
AUG 31 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

Attorney for Defendant
PETER HALAMANDARIS

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08 CR 201 OWW |
| Plaintiff, ) | ORDER TO ACCEPT $10,000 CASH BOND |
| vs. ) | |
| PETER HALAMANDARIS, ) | |
| Defendant. ) | |

Assistant U.S. Attorney Kimberly Sanchez, having affirmed on the record that all documents submitted for the $30,000 property bond to be in order,

**IT IS ORDERED** that the clerk of the United States District Court for the Eastern District of California accept the $10,000 cash bond, so that Defendant may be released on September 2, 2009 at 8 a.m.

Dated: August 31, 2009

_____
Oliver W. Wanger
United States District Court Judge

2