```
J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
PETER HALAMANDARIS
```

FILED
AUG 3 1 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08 CR 201 OWW |
| Plaintiff, | ORDER FOR RELEASE OF PETER HALAMANDARIS |
| vs. | |
| PETER HALAMANDARIS, | |
| Defendant. | |

Having posted a $10,000 cash bond, a $30,000 property bond and Defendant's declaration under penalty of perjury affirming his understanding that the Court can punish the Defendant separately for contempt if he fails to live up to conditions of release,

**IT IS ORDERED** that the United States Marshall release Defendant, Peter Halamandaris, #7012232 from the Fresno County Jail on September 2, 2009 by 8 a.m.

Dated: August 31, 2009

_____
Oliver W. Wanger
United States District Court Judge

1