```
J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

559.233.3333

Attorney for Defendant
PETER HALAMANDARIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PETER HALAMANDARIS, )<br>)<br>Defendant. )<br>)<br>_____) | Case No: 08 cr 201 OWW<br><br>**ORDER FOR POST-CONVICTION RELEASE OF PETER HALAMANDARIS FOR HIS CIVIL TRIAL** |

**IT IS ORDERED** that the United States Marshall release Defendant, Peter Halamandaris, #7012232 from the Fresno County Jail on October 1, 2009 by 8:00 a.m.

Mr. Halamandaris must report back to the United States Marshals by 3:00 p.m. one day following a verdict/mistrial in his civil trial in San Joaquin County Superior Court Case No. CV023970.

Dated: September 24, 2009

/s/ OLIVER W. WANGER
Oliver W. Wanger
U.S. District Court Judge