```
1   J.M. IRIGOYEN #177626
    Attorney at Law
2   J.M. IRIGOYEN LAW CORPORATIKON
    2131 Amador
3   Fresno, CA 93721

4   (559) 233-3333

5
    Attorney for Defendant
6        PETER HALAMANDARIS

7

8

9              UNITED STATES DISTRICT COURT FOR THE

10                  EASTERN DISTRICT OF CALIFORNIA

11
    UNITED STATES OF AMERICA,  )   Case No. 08 CR 201 OWW
12                             )
         Plaintiff,            )   ORDER GRANTING
13                             )   EX PARTE MOTION TO EXONERATE
         vs.                   )   PROPERTY BOND
14                             )
    PETER HALAMANDARIS,        )
15                             )
         Defendant.            )
16  _____)

17
```

18      **IT IS HEREBY ORDERED**, that the property bond in the
19  amount of $100,000 is hereby exonerated.  Therefore, a Deed
20  of Reconveyance for the Deed of Trust, filed in San Joaquin
21  County and with document number 2008-123772 shall be
22  executed and filed in the appropriate County Recorder's
23  Office.
24  Dated: September 23, 2009

25
                                    /s/ OLIVER W. WANGER
26                                  Oliver W. Wanger, Judge
                                    United States District Court
27                                  Eastern District of California

28

                                    1