```
J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333


Attorney for Defendant
PETER HALAMANDARIS
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>     Plaintiff,             )<br>                             )<br>     vs.                     )<br>                             )<br>PETER HALAMANDARIS,          )<br>                             )<br>     Defendant.              )<br>_____) | Case No. 08 CR 201 OWW<br><br>ORDER REGARDING EX-PARTE<br>MOTION FOR MODIFICATION OF<br>PRE-SENTENCE RELEASE |

After hearing on the matter on October 8, 2009, good cause appearing,

**IT IS ORDERED** that the Defendant Peter Halamandaris, #7012232 be released from the Fresno County Jail on November 12, 2009, at 8:00 a.m. four days prior to the November 16, 2009, commencement of his civil trial in <u>Halamandaris v. Sephos</u>, San Joaquin County Superior Court case number CV023970. Defendant Peter Halamandaris shall return to custody and surrender himself on the day the jury reaches a verdict, or the trial has otherwise concluded.

```
 1
 2      IT IS SO ORDERED.
 3
 4
        Dated: October 23, 2009         /s/ OLIVER W. WANGER
 5
                                        United States District Judge
 6
 7
 8
 9
10
...
28
```