```
J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

559.233.3333

Attorney for Defendant
PETER HALAMANDARIS
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    Plaintiff, )<br>  )<br>    vs. )<br>  )<br>PETER HALAMANDARIS, )<br>  )<br>    Defendant. )<br>_____) | Case No. 08 CR 201 OWW<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER** |

It is stipulated and agreed between the parties that sentencing in the above matter currently set for Monday, November 23, 2009, be continued to November 30, 2009, at 9:00 a.m. to enable defense counsel to file a sentencing memorandum with attachments.

I hereby agree to the above stipulation.

Dated: 11-19-09

                                              S/J.M. Irigoyen
                                         _____
                                              J.M. Irigoyen

I hereby consent to the above stipulation.

1  DATED: 11-19-09
                                              S/Kimberly Sanchez
2                                        _____
                                              Kimberly Sanchez
3                                          Assistant U.S. Attorney

4

5

6  IT IS SO ORDERED.

   **Dated:   November 19, 2009**                    **/s/ Oliver W. Wanger**
7                                              UNITED STATES DISTRICT JUDGE

8

9

10

...

2