```
J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333


Attorney for Defendant
PETER HALAMANDARIS
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08 CR 201 OWW |
| ) Plaintiff, ) | |
| ) vs. ) | **STIPULATION TO CONTINUE SENTENCING AND ORDER** |
| ) PETER HALAMANDARIS, ) | |
| ) Defendant. ) | |
| _____) | |

It is stipulated and agreed between the parties that sentencing in the above matter currently set for Tuesday, January 19, 2010, be continued to Monday, January 25, 2010 at 9:00 a.m. to accommodate the schedule of all parties.

I hereby agree to the above stipulation.

Dated: January 12, 2010

                                        s/J.M. Irigoyen
                                        J.M. Irigoyen

I hereby agree to the above stipulation

Dated: January 12, 2010

                                        s/Kimberly Sanchez
                                        Kimberly Sanchez
                                        Assistant U.S. Attorney

1
IT IS SO ORDERED.

2
**Dated:   January 12, 2010          /s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28