```
 1  J.M. IRIGOYEN #177626
    Attorney at Law
 2  J.M. IRIGOYEN LAW CORPORATION
    2131 Amador
 3  Fresno, CA 93721

 4  (559) 233-3333

 5
    Attorney for Defendant
 6  PETER HALAMANDARIS

 7
```

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08 CR 201 OWW |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO APPLY** |
| vs. | ) | **$10,000 UNSECURED CASH BOND** |
| | ) | **TO $10,000 FINE AND ORDER** |
| PETER HALAMANDARIS, | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is stipulated and agreed between the parties that the $10,000 unsecured cash bond posted on August 31, 2009, by Peter Halamandaris as security for release pending sentencing in this case be applied to the $10,000 fine imposed by the Court on February 8, 2010.

I hereby agree to the above stipulation.

Dated: March 9, 2010

s/J.M. Irigoyen<br>
J.M. Irigoyen<br>
Attorney at Law

I hereby agree to the above stipulation

1

```
Dated: March 9, 2010
                                          s/Kimberly Sanchez
                                         Kimberly Sanchez
                                         Assistant U.S. Attorney
```

IT IS SO ORDERED.

**Dated:    March 10, 2010**             **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE