```
 1   J.M. IRIGOYEN #177626
     Attorney at Law
 2   J.M. IRIGOYEN LAW CORPORATION
     2131 Amador
 3   Fresno, CA 93721

 4   (559) 233-3333

 5
     Attorney for Defendant
 6   PETER HALAMANDARIS

 7
```

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08 CR 201 OWW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION FOR RELEASE OF DEFENDANT'S PASSPORT TO COUNSEL AND ORDER** |
| PETER HALAMANDARIS, | ) | |
| Defendant. | ) | |

It is stipulated and agreed between the parties that Peter Halamandaris' passport, filed with the Court, as event 68 on July 13, 2009, be released to Defense counsel.

I hereby agree to the above stipulation.

Dated: June 17, 2010

                                        s/J.M. Irigoyen
                                        J.M. Irigoyen
                                        Attorney at Law


I hereby agree to the above stipulation

Dated: June 17, 2010

                                         s/Kimberly Sanchez
                                        Kimberly Sanchez
                                        Assistant U.S. Attorney

1

IT IS SO ORDERED.

**Dated:** <u>**June 18, 2010**</u>        <u>**/s/ Oliver W. Wanger**</u>
                         UNITED STATES DISTRICT JUDGE